IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RUSTICA FRANCHISE COMPANY, INC.,
a Florida Corporation,

          Plaintiff,

vs.                                  Case No.: 1:07cv234-SPM-AK

RUSTICA GAINESVILLE, INC., a Florida
Corporation; JASON MITOW, individually;
and JACK G. GOULD, individually,

          Defendants.
_____/

**ORDER EXTENDING TIME FOR SERVICE**

       Pending before the Court is Plaintiff's "Motion for Extension of Time for Service of Summons and Complaint" (doc. 5).  Plaintiff explains that the time under Federal Civil Procedure Rule 4(m) for serving process will expire on March 21, 2008.  Plaintiff has had difficulty locating the agent for service of process for the corporations and the individuals are evading Plaintiff by refusing to communicate with Plaintiff or give Plaintiff their addresses.  Therefore, Plaintiff is requesting more time to investigate the location of the Defendants.

       Under Federal Rule of Civil Procedure 4(m), the Court may extend the time for service even when a plaintiff has failed to show good cause.  Horenkamp

1

<u>v. Van Winkle and Co., Inc.</u>, 402 F.3d 1129, 1132 (11th Cir. 2005).  Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for an Extension of Time for Service (doc. 5) is ***granted***.

2. Plaintiff shall have up to and including ***April 18, 2008*** to effect service of process on the Defendants.

**DONE AND ORDERED** this <u>thirteenth</u> day of March, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge