IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RUSTICA FRANCHISE COMPANY, INC.,
a Florida Corporation,

        Plaintiff,

vs.                                    Case No.: 1:07cv234-SPM-AK

RUSTICA GAINESVILLE, INC., a Florida
Corporation; JASON MITOW, individually;
and JACK G. GOULD, individually,

        Defendants.
_____/

## ORDER EXTENDING TIME FOR SERVICE

Pending before the Court is Plaintiff's "Second Motion for Extension of Time for Service of Summons and Complaint" (doc. 7).  This Court has previously granted Plaintiff an extension of time to serve Defendants.  Plaintiff now states that she is still having a difficult time locating Defendants.  As a result, Plaintiff now requests sixty (60) more days in which to complete service of process.

Under Federal Rule of Civil Procedure 4(m), the Court may extend the time for service even when a plaintiff has failed to show good cause.  Horenkamp v. Van Winkle and Co., Inc., 402 F.3d 1129, 1132 (11th Cir. 2005).  Accordingly,

it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Second Motion for an Extension of Time for Service (doc. 7) is *granted*.

2. Plaintiff shall have up to and including ***Friday, June 20, 2008*** to effect service of process on the Defendants.

**DONE AND ORDERED** this thirtieth day of April, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge