IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RUSTICA FRANCHISE COMPANY, INC.,
a Florida Corporation,

        Plaintiff,

vs.                                Case No.: 1:07cv234-SPM-AK

RUSTICA GAINESVILLE, INC., a Florida
Corporation; JASON MITOW, individually;
and JACK G. GOULD, individually,

        Defendants.
_____/

## ORDER EXTENDING TIME FOR SERVICE

      Pending before the Court is Plaintiff's "Third Motion for Extension of Time for Service of Summons and Complaint" (doc. 9).  This Court has previously granted Plaintiff two extensions of time to serve Defendants.  Plaintiff now states that pursuant to Florida Statute § 49.021, it intends to serve process on Defendant Mitow and Defendant Rustica Gainesville, Inc., through publication.  Florida law requires publication for four consecutive weeks.  Fla. Stat. § 49.10 (2008).  Consequently, Plaintiff now requests forty-five (45) more days in which to complete service of process.

      Under Federal Rule of Civil Procedure 4(m), the Court may extend the time for service even when a plaintiff has failed to show good cause.  Horenkamp

<u>v. Van Winkle and Co., Inc.</u>, 402 F.3d 1129, 1132 (11th Cir. 2005).   Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. Plaintiff's Third Motion for an Extension of Time for Service (doc. 9) is ***granted***.

2. Plaintiff shall have up to and including ***<u>Monday, August 4, 2008</u>*** to effectuate service of process on the remaining Defendants.

DONE AND ORDERED this <u>twenty-seventh</u> day of June, 2008.


*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

2